IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
UNITED STATES OF AMERICA,    )
                             )
v.                           )
                             )
MARVIN BRYANT, JR.,          )    CASE NO. CR413-111-01
                             )
     Defendant.              )
                             )
```

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (doc. 82), to which no objections have been filed. After a careful review of the record,[1] the Report and Recommendation (doc. 82) is **ADOPTED** as the Court's opinion in this case. The parties' joint Motion to Dismiss the Motion on Revocation of Supervised Release is **GRANTED**. (Doc. 81.) The United States Probation Office's Motion on Revocation of

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

Supervised Release is **DISMISSED** for lack of jurisdiction. (Doc. 63.)

**SO ORDERED** this 8th day of January, 2024.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA